UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK LANDRY, AS ADMINISTRATOR OF THE ESTATE OF ZACHARY LANDRY,<br><br>     Plaintiff,<br><br>     v.<br><br>HOMERO MOLINA,<br>OM TRANSPORTATION, INC., and<br>EL TRANSPORT, LLC,<br><br>     Defendants,<br><br>and<br><br>TRISURA SPECIALTY INSURANCE COMPANY,<br><br>     Citation Respondent. | Case No. 25-cv-01965-JPG |

## **MEMORANDUM AND ORDER**

In light of Seventh Circuit Court of Appeals admonitions, *see Page v. Dem. Nat'l Comm.*, 2 F.4th 630, 634 (7th Cir. 2021) (citing *Great S. Fire Proof Hotel Co. v. Jones*, 177 U.S. 449, 453 (1900)); *Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled. *See Page*, 2 F.4th at 634 (federal courts "must make their own inquiry to ensure that all statutory requirements are met before exercising jurisdiction"); *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) (noting courts' "independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it"). The Court has noted the following defect in the jurisdictional allegations of the Notice of Removal (Doc. 1) filed by Citation Respondent Trisura Specialty Insurance Company ("Trisura"):

1. **Failure to allege the citizenship of decedent.** A notice of removal asserting diversity jurisdiction must allege the citizenship of individual parties. 28 U.S.C. § 1332(a)(1). The citizenship of the legal representative of a decedent's estate is deemed to be that of the decedent. 28 U.S.C. § 1332(c)(2); *see Gustafson v. zumBrunnen*, 546 F.3d 398, 400-01 (7th Cir. 2008)**;** *Konradi v. United States*, 919 F.2d 1207, 1214 (7th Cir. 1990). The notice of removal does not allege the decedent's citizenship prior to his death.

The Court hereby ORDERS that Citation Respondent Trisura shall have up to and including November 14, 2025, to amend the faulty pleading to correct the jurisdictional defect.

*See* 28 U.S.C. § 1653. Trisura need not seek leave of Court to file the amended pleading.

**IT IS SO ORDERED.**
**DATED**:   **October 30, 2025**

                                                      s/ J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                     **United States District Judge**